| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | John W. Drury (*pro hac vice* forthcoming) jdrury@seyfarth.com |
| 3 | Pamela Q. Devata (pro hac vice forthcoming) pdevata@seyfarth.com |
| 4 | 233 South Wacker Drive, Suite 8000 Chicago, Illinois 60606-6448 |
| 5 | Telephone: (312) 460-5000 Facsimile: (312) 460-7000 |

SEYFARTH SHAW LLP
Eric Suits (SBN # 232762)
esuits@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 498-7032
Facsimile: (916) 558-4839

Attorneys for Defendants
CAREER STRATEGIES, INC.; and
CAREER STRATEGIES TEMPORARY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES GONZALEZ, on behalf of himself and all others similarly situated, Plaintiff, v. CAREER STRATEGIES, INC., a Virginia corporation; CAREER STRATEGIES TEMPORARY, INC., a California corporation; and DOES 1 through 50, inclusive, Defendants. | Case No. _____ **NOTICE OF JOINT REMOVAL OF CIVIL ACTION BY DEFENDANTS CAREER STRATEGIES, INC. AND CAREER STRATEGIES TEMPORARY, INC.** [28 U.S.C. §§ 1331, 1441 & 1446] Trial Date: Not Set Complaint Filed: April 27, 2021 Removal from Superior Court of California, County of Contra Costa; Case No.: MSC21-00843 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF ULISES GONZALEZ AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants CAREER STRATEGIES, INC. and CAREER STRATEGIES TEMPORARY, INC. (collectively, "Defendants") hereby remove the above-entitled action, Case No. MSC21-00843, from the Superior Court of the State of California, County of Contra Costa, to the United States District Court for the Northern District of California.

This Removal is based on 28 U.S.C. §§ 1331, 1441(a) and 1446. This Notice is based upon the original jurisdiction of this Court over the parties under 28 U.S.C. § 1331 and the existence of a federal question herein. In support of their Notice of Removal, Defendants state as follows:

**PLEADINGS, PROCESSES, AND ORDERS**

1. On April 27, 2021, Plaintiff ULISES GONZALEZ ("Plaintiff") filed a purported Class Action Complaint against Defendants in the Superior Court of California, County of Alameda, entitled *Ulises Gonzalez v. Career Strategies, Inc. et al.*, Case No. MSC21-00843.

2. Plaintiff's Complaint alleges one cause of action against Defendants for Violation of 15 U.S.C. §§ 1681b(b)(2)(A) of the federal Fair Credit Reporting Act ("FCRA").

3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, notices, and orders served upon Defendants in this action are attached as **Exhibit A**.

4. Prior to filing this Notice of Removal, Defendants' filed their Answer to Plaintiff's Complaint on June 1, 2021 in the Superior Court of the State of California, County of Contra Costa. A copy of the answer that was filed is attached as **Exhibit B**.

**TIMELINESS OF REMOVAL**

5. On May 3, 2021, Plaintiff purported to serve Defendants with a copy of the Complaint.

6. This Notice of Removal is timely as it is being filed within thirty (30) days after service of the Summons and Complaint. 28 U.S.C. § 1446(b); Fed. Rule Civ. Proc. 6(a)(1)(C); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-56 (1999) (30-day deadline to remove commences upon service of the summons and complaint).

**UNANIMITY OF DEFENDANTS FOR REMOVAL**

7.     Defendants hereby join together in this Notice of Removal of Civil Action. Both Defendants consent to the removal of this Action.

8.     Defendants are informed and believe that none of the Doe Defendants in this case have been identified or served. Doe Defendants designated 1 through 50 are fictitious, are not parties to this action, have not been served and are to be disregarded for the purpose of this removal. 28 U.S.C. § 1441(a). For this reason, the Doe Defendants need not join in this removal. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (general rule that all defendants must join in removal applies only to defendants served in the action); *Republic Western Ins. V. Int'l Ins.*, 765 F. Supp. 628, 629 (N.D. Cal. 1991) ("The law of this circuit [] is that defendants upon whom service has not been effected at the time the notice is filed, need not join in the notice of removal.").

**BASIS FOR REMOVAL**

**FEDERAL QUESTION JURISDICTION**

9.     28 U.S.C. § 1331 provides that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10.    Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action based on federal question jurisdiction in that Plaintiff's Complaint assert a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, a federal statute.

11.    Specifically, Plaintiff asserts a claim under Section 1681b(b)(2)(A) of the FCRA. (**Exhibit A**, Complaint at ¶¶ 25-44.) Accordingly, this action presents a federal question over which this Court has original jurisdiction under 28 U.S.C. § 1331, and removal of Plaintiff's Complaint is proper.

**VENUE**

12.    Venue lies in the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. §§ 84(a), 1391, 1441(a) and 1446(a). This action was originally brought in the Superior Court of the State of California, County of Contra Costa and thus should be removed to the San Francisco or Oakland Division of this Court per Civil Local Rules 3-2(c) and (d).

**SERVICE OF NOTICE OF REMOVAL ON STATE COURT**

13. A true and correct copy of this Notice of Removal will be served on Plaintiff and filed with the Clerk of the Superior Court of the State of California in and for the County of Contra Costa as required under 28 U.S.C. § 1446(d).

**RESERVATION OF RIGHTS**

14. By filing this Notice of Removal, Defendants do not concede nor waive any defense or motion relating to this action. Defendants reserve all defenses.

WHEREFORE, Defendants pray that this civil action be removed from the Superior Court of California, County of Contra Costa to the United States District Court for the Northern District of California, San Francisco or Oakland Division.

DATED: June 2, 2021               Respectfully submitted,

                                  SEYFARTH SHAW LLP


                                  By:/s/ *Eric Suits*
                                      John W. Drury (*pro hac vice* application forthcoming)
                                      Pamela Q. Devata (*pro hac vice* application forthcoming)
                                      Eric Suits
                                   Attorneys for Defendants
                                  CAREER STRATEGIES, INC.; and
                                  CAREER STRATEGIES TEMPORARY, INC.

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On June 2, 2021, I caused to be served the within document(s):

NOTICE OF JOINT REMOVAL OF CIVIL ACTION BY DEFENDANTS CAREER STRATEGIES, INC. AND CAREER STRATEGIES TEMPORARY, INC.

[X] by having the document(s) listed above placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Suite 2350, Sacramento, California, addressed as set forth below.

[ ] by causing personal delivery, through Nationwide Legal, Inc., the document listed above to the persons at the addresses set forth below.

[ ] by placing the document(s) listed above in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Sacramento, California, addressed as set forth below.

[ ] by transmitting the document(s) listed above, electronically, via e-mail addresses set forth below.

| | |
|---|---|
| Shaun Setareh<br>David Keledjian<br>Shane R. Farley<br>SETAREH LAW GROUP<br>9665 Wilshire Blvd., Suite 430<br>Beverly Hills, CA 90212<br>Facsimile: 310/888-0109 | Attorneys for Plaintiff<br><br>shaun@setarehlaw.com<br>david@setarehlaw.com<br>shane@setarehlaw.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 2, 2021, at Sacramento, California.

*/s/ Shelley D. Gordon*
_____
Shelley D. Gordon