1

2

3

4

5

SEYFARTH SHAW LLP
John W. Drury (*pro hac vice* forthcoming)
jdrury@seyfarth.com
Pamela Q. Devata (pro hac vice forthcoming)
pdevata@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

6

7

8

9

SEYFARTH SHAW LLP
Eric Suits (SBN # 232762)
esuits@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 498-7032
Facsimile: (916) 558-4839

10

11

Attorneys for Defendants
CAREER STRATEGIES, INC.;  and
CAREER STRATEGIES TEMPORARY, INC.

12

13

14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

| | |
|---|---|
| ULISES GONZALEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CAREER STRATEGIES, INC., a Virginia corporation; CAREER STRATEGIES TEMPORARY, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:21-cv-04171-JD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE; ~~[PROPOSED]~~ ORDER**<br><br>Trial Date:  Not Set<br>Complaint Filed:  April 27, 2021<br><br>Removal from Superior Court of California, County of Contra Costa; Case No.: MSC21-00843 |

23

24

25

26

27

28

1

STIPULATION

Plaintiff ULISES GONZALEZ and Defendants CAREER STRATEGIES, INC. and CAREER STRATEGIES TEMPORARY, INC. (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

WHEREAS, the parties have agreed to the refiling of this Action in the Los Angeles County Superior Court, subject to the terms of an executed Tolling Agreement;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the Parties stipulate that this action be dismissed WITHOUT PREJUDICE with each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: July 13, 2021                                   Respectfully submitted,

SEYFARTH SHAW LLP

By:/s/ _____
     John W. Drury (*pro hac vice* application
     forthcoming)
     Pamela Q. Devata (*pro hac vice* application
     forthcoming)
     Eric Suits
   Attorneys for Defendants
 CAREER STRATEGIES, INC.; and
 CAREER STRATEGIES TEMPORARY, INC.

DATED:  July 15, 2021                                   SETAREH LAW GROUP

*/s/* _____
SHAUN SETAREH
DAVID KELEDJIAN
Attorneys for Plaintiff
ULISES GONZALEZ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, this action is dismissed WITHOUT

PREJUDICE, with each party to bear their own attorney's fees and costs.

Dated:  July 15, 2021                    By:_____

                                         Hon. James Donato
                                         United States District Judge